UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Indenture Trustee for American Home Mortgage Investment Trust 2006-3*,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY FLORES; HAROLD FLORES; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY TRANSIT ADJUDICATION BUREAU, "JOHN DOE #1" THROUGH "JOHN DOE #12," *the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint,*<br><br>Defendants. | 24-CV-8487 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On December 2, 2024, Plaintiff filed a letter requesting to substitute Freddy Davis in place of John Doe #1. The Court granted that request, *see* ECF No. 25, but Plaintiff must nonetheless file an amended complaint naming Mr. Davis as a defendant. Plaintiff may then request the issuance of a summons as to Mr. Davis. Plaintiff is directed to follow the above procedure for any additional individuals that it seeks to substitute for the John Doe Defendants.

SO ORDERED.

Dated:   December 4, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge