UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Indenture Trustee for American Home Mortgage Investment Trust 2006-3*,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY FLORES; HAROLD FLORES; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY TRANSIT ADJUDICATION BUREAU, FREDDY DAVIS, "JOHN DOE #2" THROUGH "JOHN DOE #12," *the last eleven names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint*,<br><br>Defendants. | 24-CV-8487 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

An initial conference in this matter was previously scheduled for February 14, 2025. No defendant has appeared to date, and all Defendants' deadlines to respond to the complaint have passed. Accordingly, the initial conference is adjourned *sine die*. No later than February 21, 2025, Plaintiff shall provide the Court with a status update and, if it intends to seek default judgment, shall propose a schedule for doing so.

SO ORDERED.

Dated:   February 14, 2025
       New York, New York

_____
Ronnie Abrams
United States District Judge