UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Indenture Trustee for American Home Mortgage Investment Trust 2006-3*,

                Plaintiff,

v.

ANTHONY FLORES; HAROLD FLORES; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY TRANSIT ADJUDICATION BUREAU, FREDDY DAVIS, "JOHN DOE #2" THROUGH "JOHN DOE #12," *the last eleven names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint*,

                Defendants.

24-CV-8487 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 24, 2025, in light of Defendants' failure to respond to the complaint, the Court granted Plaintiff's request for one week to file requests for clerk's certificates of default. The Clerk of Court issued certificates of default as to all defendants on March 6, 2025. To date, Plaintiff has not filed a motion for default judgment. If Plaintiff intends to seek default judgment, it shall do so no later than April 1, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 25, 2025
            New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge